UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            .
                                    .
        v.                          .
                                    .
COREY ARNOTT a/k/a "C-ROY,"         .   Docket No. 3:13-CR-105
MARVIN FITTS,                       .
ANGELO HARDY a/k/a "LO,"            .
DAWAN INGRAM a/k/a "WAN,"           .
LAMAR JOHNSON a/k/a "L,"            .
MICHAEL SCOTT a/k/a "GIZZLE,"       .
DWAYNE WEBB a/k/a "COUNTRY,"        .
ANTHONY WILSON a/k/a "SCOOB"        .
    a/k/a "MOO-MOO,"                .
ANTHONY RAJOHN WILSON               .
    a/k/a "ANT,"                    .       FILED
DERRICK WILSON a/k/a "POP,"         .       SCRANTON
LAMONT WILSON a/k/a "WHEATY,"       .
STEVEN WILSON a/k/a "BONES,"        .       JUN 04 2013
    and                             .
WILLIAM WILSON a/k/a "BILLY,"       .       PER _____
                                    .            DEPUTY CLERK
        Defendants.                 .

I N D I C T M E N T

(Conspiracy)
(21 U.S.C. § 846)

THE GRAND JURY CHARGES:

From on or about the 1st day of May, 2011, the exact date being unknown to the grand jury, to on or about the date of this Indictment, in the Middle District of Pennsylvania, and elsewhere, the defendants,

COREY ARNOTT a/k/a "C-ROY,"
MARVIN FITTS,
ANGELO HARDY a/k/a "LO,"
DAWAN INGRAM a/k/a "WAN,"
LAMAR JOHNSON a/k/a "L,"
MICHAEL SCOTT a/k/a "GIZZLE,"
DWAYNE WEBB a/k/a "COUNTRY,"
ANTHONY WILSON a/k/a "SCOOB"
    a/k/a "MOO-MOO,"
ANTHONY RAJOHN WILSON
    a/k/a "ANT,"

DERRICK WILSON a/k/a "POP,"
LAMONT WILSON a/k/a "WHEATY,"
STEVEN WILSON a/k/a "BONES," and
WILLIAM WILSON a/k/a "BILLY,"

did knowingly and intentionally combine, conspire, confederate and agree together with one another and together with other persons, both known and unknown to the Grand Jury, to commit the following offenses against the United States: namely, to knowingly, intentionally and unlawfully distribute and possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, § 841(a)(1);

In violation of Title 21, United States Code, § 846.

A TRUE BILL

_____
PETER J. SMITH
United States Attorney

Dated: 6/4/2013